**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:23CR225 |
| vs. | ) | |
| | ) | ORDER |
| **SHAWN ROBBINS,** | ) | |
| Defendant | ) | |

This matter comes before the court on the defendant, Shawn Robbins' Unopposed Motion to Continue Trial [90]. The co-defendant has entered a guilty plea.

The court previously ordered that no further continuances will be granted without requesting a hearing before the undersigned magistrate judge [Filing No. 86]. That request has not been made, nor good cause shown as to why a plea cannot be entered prior to trial should the parties reach a resolution.

Accordingly, **IT IS ORDERED** that the Unopposed Motion to Continue Trial [90] is denied.

**DATED: February 10, 2025**

BY THE COURT:

s/ Ryan C. Carson
**United States Magistrate Judge**