**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:23CR225** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **SHAWN ROBBINS,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

     This matter is before the court on the defendant, Shawn Robbins' Unopposed Motion to Continue Trial [92]. The co-defendant has entered a guilty plea. Counsel needs additional time to resolve this matter short of trial. For good cause shown,

     **IT IS ORDERED** that the Unopposed Motion to Continue Trial [92] is granted, as follows:

1.  The jury trial, now set for February 25, 2025, is continued to **April 1, 2025.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 1, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.  Defense counsel to contact the undersigned magistrate judge as soon as possible to set matter for change of plea hearing if the defendant wishes to do so.

4.  **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge and upon a showing of exceptional good cause.**

**DATED: February 14, 2025**

**BY THE COURT:**


**s/ Ryan C. Carson**
**United States Magistrate Judge**